UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 1 0 0 2 8 RWZ** |
| ) | |
| v.                                          ) | CRIMINAL NO.: |
| ) | |
| WARLEY G. OLIVEIRA,             ) | Counts 1- 3: 18 U.S.C. § 1028(a)(2) |
| a/k/a Arley,                                ) | Transfer of a False United States |
| Defendant.                          ) | Government Identification |
| ) | Document |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. § 1028(a)(2) – Transfer of False United States Government Identification Documents

The Grand Jury charges that:

On or about September 21, 2004, in Westwood, Massachusetts, in the District of Massachusetts,

### WARLEY G. OLIVEIRA,

the defendant herein, did knowingly transfer false United States identification documents, to wit, two Immigration and Customs Enforcement green cards and two Department of the Treasury Social Security cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, § 1028(a)(2).

<u>**COUNT TWO**</u>: 18 U.S.C. § 1028(a)(2) – Transfer of False United States Government Identification Documents

The Grand Jury further charges that:

On or about October 26, 2004, in Westwood, Massachusetts, in the District of Massachusetts,

## WARLEY G. OLIVEIRA,

the defendant herein, did knowingly transfer false United States identification documents, to wit, four Immigration and Customs Enforcement green cards and four Department of the Treasury Social Security cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, § 1028(a)(2).

**COUNT THREE**: 18 U.S.C. §1028(a)(2) – Transfer of False United States Government Identification Documents

The Grand Jury further charges that:

On or about January 13, 2005, in Westwood, Massachusetts, in the District of Massachusetts,

### WARLEY G. OLIVEIRA,

the defendant herein, did knowingly transfer false United States identification documents, to wit, two Immigration and Customs Enforcement green cards and two Department of the Treasury Social Security cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, § 1028(a)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

/s/ P.R.M.
_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; February 9, 2005, at __1:45pm__.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2/9/05 @ 1:45pm

```
05 CR 10028 RWZ
```

ЯJS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __ICE__

City __Westwood__   **Related Case Information:**

County __Norfolk__   Superseding Ind./ Inf. _____   Case No. __2005R00120__
Same Defendant _____   New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WARLEY G. OLIVEIRA__   Juvenile  ☐ Yes   ☒ No

Alias Name __Arley__

Address __21 Alandale Parkway, Norwood, MA__

Birth date: __1981__   SS#: __unknown__   Sex: __M__   Race: __Hispanic__   Nationality: __Brazilian__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul R. Moore__   Bar Number if applicable __632312__

Interpreter:  ☒ Yes   ☐ No   List language and/or dialect: __Portugese__

Matter to be SEALED:  ☐ Yes   ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: February 9, 2005   Signature of AUSA: _____

♦JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    WARLEY G. OLIVEIRA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028(a)(2) | Transfer of False Identification Documents | 1, 2, 3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

District Court Case Number  (To be filled in by deputy clerk): **05 CR 10028 RWZ**

Name of Defendant    WARLEY G. OLIVEIRA

js45 - transfer of false docs - Oliveira.wpd - 3/13/02