UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                                                                          05-10028 RWZ

WARLEY G. OLIVEIRA

### MOTION FOR AUTHORITY TO EXPEND FUNDS
### FOR AN INTERPRETER

Now comes Melvin Norris, Court Appointed Attorney for the Defendant, WARLEY G. OLIVEIRA, and moves this Honorable Court for $500.00 for the services of an interpreter. The defendant assigns as reason therefor that the Defendant speaks Portugese, and Counsel does not speak Portugese. Therefore, an interpreter is required to prepare the case.

Respectfully Submitted

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

February 25, 2005