OFFICES OF
# MELVIN NORRIS
ATTORNEY AT LAW

260 Boston Post Road, Suite 9
Wayland, Massachusetts 01778
Tel: (508) 358-3305
Fax: (508) 358-7787

March 1, 2005

FAX 617 748 4584
Rex Brown, Deputy Clerk

U.S. District Court

1 Courthouse Way

Boston, MA. 02110

RE: USA v. Oliveira CR# 05-10028 RWZ

Dear REX:

    This letter is to confirm my request to continue the detention hearing of my client to March 3, 2005 at 3:30PM which I understand has been approved by the Court.

    I called AUSA Paul Moore and left a message regarding the change.

Very truly yours,

Melvin Norris