UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.    CR05-10028 RWZ

UNITED STATES OF AMERICA

V.

WARLEY G. OLIVEIRA

ORDER ON DETENTION
March 22, 2005

ALEXANDER, U.S.M.J.

   The defendant Warley G. Oliveira, appeared before this Court on March 7, 2005, for the purpose of an arraignment and detention hearing pursuant to an indictment charging him with a violation of 18 U.S.C. § 1028 (a)(2) (transfer of false identification documents), after having had his initial appearance before this Court On February 24, 2005. The government was represented by Assistant United States Attorney Paul Moore and the defendant was represented by attorney Melvin Norris.

   At the hearing, an arraignment was held and the defendant waived his right to a detention hearing and consented to an order of detention. Accordingly, this Court hereby DETAINS the defendant pursuant to 18 U.S.C. §3142 (e) and remands the defendant to the custody of the United States Marshal pending trial.

   SO ORDERED.

/S/ Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE