UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10028-RWZ

UNITED STATES OF AMERICA

v.

WARLEY G. OLIVEIRA

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

  On April 7, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys.   None

2. Features of case that deserve special attention or modification of the standard schedule.   None

3. Anticipated supplemental discovery.   None

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C).   Not applicable in the current matter

5. Applicable periods of excludable delay under Speedy Trial Act.   Parties agree to previous periods of exclusion ordered by this Court.

6. Trial   is / is not   anticipated. Estimated duration of trial.   The parties have determined that this case is ready to be sent to the District Court for scheduling of a Rule 11 hearing (trial is not anticipated).

7. Other matters.   None

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c)  has / has not  been established.  The motion date is set for
_____.

An Interim Status Conference  has / has not  been scheduled.  The Interim Status Conference will be held at
_____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

By the Court,


Date_____                   _____
                                          Deputy Clerk