UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10028 RWZ

WARLEY G. OLIVEIRA
       Defendant

REPORT & ORDER ON
INITIAL and FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On April 7, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1) At the request of the parties, the Initial Status Conference was converted to a Final Status Conference;

2) The parties requested that the case be sent directly to the District Judge for a Rule 11 Hearing. The Court ALLOWED the oral motion.

3) The applicable periods of excludable delay under the Speedy Trial Act include: March 3, 2005, through March 31, 2005 (28 days), for a total of twenty-eight (28) days as of March 31, 2005. The time period from April 1, 2005 throgh April 26, 2005 (26 days), has not been excluded. The total amount of time to proceed to trial is forty-four (44) days. The government shall file a joint motion for any applicable periods of excludable delay.

    IT IS HEREBY ORDERED THAT
Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

        HONORABLE JOYCE LONDON ALEXANDER
        UNITED STATES MAGISTRATE JUDGE
        By the Court:

        /S/ Rex Brown_____
        Courtroom Clerk

4/26/05_____
Date